# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

146794-5

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

FUEGO GRILL, LLC and
SAMUEL ALVARADO,
           Plaintiffs-Appellees,

v

SC: 146794-5
COA: 302230; 303763
Oakland CC: 2010-113931-CK

DOMESTIC UNIFORM RENTAL,
           Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the January 22, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



           Clerk

p0617